

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    In re City Info Experts, LLC

Appellate case number:    01-20-00364-CV

Trial court case number:    2018-38482

Trial court:    215th District Court of Harris County, Texas

It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.3.

Judge's signature:    _____/s/ Russell Lloyd_____
                              Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Landau.

Date:  December 29, 2020